JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANGELO E. VOURAKIS, in his individual and representative capacity as trustee of the Vourakis Family Trust Dated 9-26-13; VIRGINIA A. VOURAKIS, in her individual and representative capacity as trustee of the Vourakis Family Trust Dated 9-26-13; ISABEL S. TORRES; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:15-CV-00387-VAP-KK<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 10, 2015

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

1